

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RAMON LEOBARDO CELAYA, )<br>)<br>Defendant. ) | Criminal No. 11-40027<br><br>VIO: Title 21, United States Code,<br>Sections 841 and 846 |

### INDICTMENT

**THE GRAND JURY CHARGES:**

From in or about February of 2010, to on or about September 26, 2010, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**RAMON LEOBARDO CELAYA,**

did conspire with other persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), that is, to knowingly and intentionally distribute and possess with intent to distribute at least 100 kilograms of a mixture and substance containing a detectible amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 846.

A TRUE BILL

s/Foreperson

s/K. Tate Chambers

FOREPERSON

JAMES A. LEWIS
UNITED STATES ATTORNEY
JKM