# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**©COPY**

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

**SEALED**

February 29, 2012

FILED
MAR - 5 2012
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Clerk's Office
Central District of Illinois
211 19th Street, Room 40
Rock Island, IL 61201

RE: USA v. Ramon Leobardo Celaya
Your case number: 4:11 CR 40027-JES
Arizona case number: 12-03099M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Edward C. Voss in Phoenix, Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

BRIAN D. KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

Enclosure

cc: AUSA, AFPD, PTS

By: s/Sherise M. Hargrove
Sherise M. Hargrove
Deputy Clerk

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:12-mj-03099-LOA-1 *SEALED*
### Internal Use Only

Case title: USA v. Celaya
Other court case number: 4:11 CR 40027-JES Central District of Illinois

Date Filed: 02/15/2012
Date Terminated: 02/27/2012

Assigned to: Magistrate Judge Lawrence O Anderson

**Defendant (1)**

**Ramon Leobardo Celaya**
*TERMINATED: 02/27/2012*

represented by **Gerald A Williams**
Federal Public Defenders Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: Gerald_Williams@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
21:846 - Conspiracy to Distribute Marijuana

**Disposition**

**Plaintiff**

USA                               represented by **Vincent Quill Kirby**
                                                 US Attorneys Office - Phoenix, AZ
                                                 2 Renaissance Square
                                                 40 N Central Ave., Ste. 1200
                                                 Phoenix, AZ 85004-4408
                                                 602-514-7500
                                                 Fax: 602-514-7650
                                                 Email: Vincent.Kirby@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/15/2012 | 1 | Arrest (Rule 5) of Ramon Leobardo Celaya (MAP) (Entered: 02/16/2012) |
| 02/16/2012 | 2 | *SEALED* Minute Entry for proceedings held before Magistrate Judge Lawrence O Anderson: Initial Appearance in Rule 5(c)(3) Proceedings as to Ramon Leobardo Celaya held on 2/16/2012. FINANCIAL AFFIDAVIT TAKEN. Appointment of Counsel Hearing Held. Appointing Gerald A Williams (AFPD). Detention Hearing and Status Conference re Identity set for 2/23/2012 at 01:30 PM before Magistrate Judge Edward C Voss. (Recorded by COURTSMART.) (cc: AUSA/Dft's Cnsl/PTS) (MAP) (Entered: 02/17/2012) |
| 02/16/2012 | 3 | (Court only) CJA 23 Financial Affidavit by Ramon Leobardo Celaya (cc: None) (MAP) (Entered: 02/17/2012) |
| 02/21/2012 | 4 | (Court only) Pretrial Services bail report as to Ramon Leobardo Celaya, filed by Pretrial Services. (Thomas, Julie) (Entered: 02/21/2012) |
| 02/23/2012 | 5 | *SEALED* Minute Entry for proceedings held before Magistrate Judge Edward C Voss: Detention Hearing as to Ramon Leobardo Celaya submitted on 2/23/2012. Rule 5(c)(3) Identity Hearing Waived. (Recorded by COURTSMART.) (cc: AUSA/Dft's Cnsl/PTS)(MAP) (Entered: 02/27/2012) |
| 02/23/2012 | 6 | ORDER Setting Conditions of Release as to Ramon Leobardo Celaya. Signed by Magistrate Judge Edward C Voss on 2/23/12. (cc: AUSA/Dft/Dft's Cnsl/PTS/PROB/USMS by MCC PD) (MAP) (Entered: 02/27/2012) |
| 02/27/2012 | 7 | WAIVER of Rule 5 & 5.1 Hearings by Ramon Leobardo Celaya (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 02/27/2012) |
| 02/27/2012 | 8 | ORDER Requiring Defendant to Appear in Charging District as to Ramon Leobardo Celaya. Signed by Magistrate Judge Edward C Voss on 2/27/12. (cc: AUSA/Dft's Cnsl/PTS) (MAP) (Entered: 02/27/2012) |

| 02/27/2012 | 🔒 ⬤ | (Court only) ***Terminated defendant Ramon Leobardo Celaya, pending deadlines, and motions., ***Complaint counts moved to P99 Ramon Leobardo Celaya (1) Count Complaint., ***Set/Clear Flags as to Ramon Leobardo Celaya (MAP) (Entered: 02/27/2012) |

I hereby attest and certify on 2-29-12
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By s/S. Hargrove _____ Deputy

Case 2:12-mj-03099-LOA *SEALED*   Document 8   Filed 02/27/12   Page 1 of 1

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| United States of America | ) | SEALED |
| --- | --- | --- |
| v. | ) | Case No.  12-03099M |
|  | ) |  |
| Ramon Leobardo Celaya | ) | Charging District: Central District of Illinois/Rock Island |
|  | ) |  |
| *Defendant* | ) | Charging District's Case No.  11-40027-001 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court<br>211 19th St., Rm. 40<br>Rock Island, IL 61201 | Courtroom No.: | Main, Magistrate Judge Gorman |
| --- | --- | --- | --- |
|  |  | Date and Time: | 3/21/12 at 1:15 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

s/Edward C. Voss

Date:   Feb 27, 2012

*Judge's signature*

Edward C. Voss, United States Magistrate Judge
*Printed name and title*

CC: AUSA, CUSL, PTS

**MAGISTRATE JUDGE'S MINUTES**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Phoenix

**SEALED**

DATE: 2/16/2012     CASE NUMBER: 12-03099M-001

USA vs. Ramon Leobardo Celaya

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON   #: 70BI

A.U.S. Attorney  Vincent Q. Kirby                                      INTERPRETER_____
                                                                        LANGUAGE_____
Attorney for Defendant  Gerald A. Williams (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  2/15/2012            ☒ Initial Appearance             ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ Defendant Sworn                ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings ORDERED
                            in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for: 2/23/12 at 1:30 PM<br>Before: MAGISTRATE JUDGE VOSS<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>    ☐ Flight risk  ☐ Danger | STATUS HEARING RE: IDENTITY:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for: 2/23/12 at 1:30 PM<br>Before: MAGISTRATE JUDGE VOSS<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: _____<br>☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: _____

Recorded by I Casey attest and certify on  2-29-12
BY: Sheris M. that the foregoing document is a full, true and correct
Deputy Clerk copy of the original on file in my office and in my custody.

IA 7 min

cc: AUSA, AFPD, PTS

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
s/S. Hargrove
By_____Deputy

# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | FOR | |
| _____ VS. _____ | AT | |

RECEIVED ___ COPY
FEB 16 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**PERSON REPRESENTED** (Show your full name): Ramon ~~[crossed out]~~ Celaya

**DOCKET NUMBERS**
- Magistrate: 12-3099M
- District Court:
- Court of Appeals:

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

Rule 5 (Central District Illinois)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Filiberto's
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ 1200
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME / ASSETS**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 311

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Martha Vidal (girlfriend)

**OBLIGATIONS & DEBTS / DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $ 800 |
| | Food | $ | $ 300 |
| | Cell Phone | $ | $ 120 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/16/12

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): s/Leobardo Celaya

[Left margin stamp:] By _____ Deputy, CLERK, U.S. DISTRICT COURT, DISTRICT OF ARIZONA — I hereby attest and certify copy of the original on file in my office and in my custody... 2/29/12

cc: none

UNITED STATES DISTRICT COURT  
DISTRICT OF ARIZONA - Phoenix

MAGISTRATE JUDGE'S MINUTES

I hereby attest and certify on __2-29-12__  
that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT  
DISTRICT OF ARIZONA

By __A. Harper__ Deputy

DATE: 2/23/2012     CASE NUMBER: 12-03099M-001 SEALED

USA vs. Ramon Leobardo Celaya

U.S. MAGISTRATE JUDGE: EDWARD C. VOSS  #: 70BO

A.U.S. Attorney Vincent Q. Kirby

INTERPRETER _____  
LANGUAGE _____

Attorney for Defendant Gerald A. Williams (AFPD)  
MATERIAL WITNESS(es): _____  
MATERIAL WITNESS(es) state true name(s) to be: _____  
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA __  
☐ Financial Afdvt taken  
☒ Rule 5(c)(3)  
☐ Initial Appearance  
☐ Defendant Sworn  
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.  
☐ Appointment of counsel hearing held  
☐ Financial Afdvt sealed

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☒ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☒ Defendant ordered released  w/conditions<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found    ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held  ☐ Con't  ☐ Reset<br>Set for:<br>Before: |

Other: Separate order to issue for the defendant's appearance in the prosecuting district.

DH = 3 min  
ID = 1 min

Recorded by Courtsmart  
BY: Phylis Durbin  
Deputy Clerk

cc: AUSA, CNSL, PTS

Case 2:12-mj-03099-LOA *SEALED*   Document 6   Filed 02/23/12   Page 1 of 2

# United States District Court--District of Arizona--Phoenix
## Order Setting Conditions of Release
### SEALED

DATE: 2/23/12        CASE NUMBER: 12-3099m

USA vs. Ramon Leobardo Celaya

☒ **PERSONAL RECOGNIZANCE**
☐ AMOUNT OF BOND_____
    ☐ UNSECURED
    ☐ SECURED BY
    SECURITY TO BE POSTED BY_____
NEXT APPEARANCE 9/25/2012 or as directed through counsel
☐ 401 West Washington St., Phoenix, AZ, Courtroom #♦, ♦ Floor
☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor

FILED ✓ / LODGED / RECEIVED / COPY
FEB 23 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:**

☒ appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☒ maintain or actively seek verifiable employment if defendant is physically or medically able and provide proof of such to Pretrial Services.

☒ not travel outside of: __Arizona and District of Illinois__ except Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only unless express PRIOR Court or Pretrial Services permission is granted to do so.

☐ avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), family members of victim(s)/witness(es), and/or ( ) the custodial parent, except Defendant may communicate with custodial parent solely for visitation purposes with his/her minor child(dren):_____

☒ report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☐ report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.

☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

☐ Defendant is placed in the third party custody of_____

☒ refrain from ☒ any use or possess any narcotic or other controlled substance defined by 21 U.S.C. 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice. This provision does not permit the use or possession of medicinal marijuana even with a physician's written certification.

☐ participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services. The defendant shall not interfere, obstruct or tamper in any way with the administration of any Court ordered substance abuse testing.

☒ shall surrender all travel documents to Pretrial Services by __February 24, 2012__ and will not obtain a passport or other travel document during the pendency of these proceedings.

☐ obtain no passport.

☐ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☒ maintain weekly contact with his/her counsel by Friday, noon of each week

☐ shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $

☐ The defendant shall actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider.

☐ shall not access via computer or possess any photographs or videos of sexually explicit conduct as defined by 18 U.S.C. § 2256(2)

☐ _____

CC: NONE

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

### ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE OF DEFENDANT |
|---|---|
| 2/23/12 | s/Leobardo Celaya |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|
|  |

Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE: 2/23/12

s/Edward C. Voss
EDWARD C. VOSS
United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY

I hereby attest and certify on 2-29-12 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
s/S. Hargrove
By_____ Deputy

Case 2:12-mj-03099-LOA *SEALED* Document 7 Filed 02/27/12 Page 1 of 1

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Arizona **SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-3099M |
| Ramon Celaya | ) | |
| Defendant | ) | Charging District's Case No. 11-40027-001 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Central District Illinois

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)  a hearing on any motion by the government for detention;

(6)  request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

s/Leobardo Celaya

Date: 2/23/12

*Defendant's signature*

s/Gerald A. Williams

*Signature of defendant's attorney*

GERALD A. WILLIAMS
*Printed name of defendant's attorney*

I hereby attest and certify on 2-29-12 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ cc: AUSA, CNSI _____ Deputy