## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

### SEALED

March 2, 2012

Clerk's Office
Central District of Illinois
211 19th Street, Room 40
Rock Island, IL 61201

RE: USA v. Ramon Leobardo Celaya
Your case number: 4:11 CR 40027-JES
Arizona case number: 12-03099M-001


AMENDED
FILED
MAR - 8 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Edward C. Voss in Phoenix, Arizona. The following action has been taken.

☒    **Amended to reflect that** THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON: 3/21/12 at 1:15 PM before Judge Gorman.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

BRIAN D. KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

Enclosure

cc: AUSA, AFPD, PTS

By: s/Sherise M. Hargrove
Sherise M. Hargrove
Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| United States of America | ) | SEALED |
| v. | ) | Case No. 12-03099M |
| | ) | |
| Ramon Leobardo Celaya | ) | Charging District: Central District of Illinois/Rock Island |
| | ) | |
| *Defendant* | ) | Charging District's Case No. 11-40027-001 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: U.S. District Court<br>211 19th St., Rm. 40<br>Rock Island, IL 61201 | Courtroom No.: Main, Magistrate Judge Gorman<br><br>Date and Time: 3/21/12 at 1:15 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Feb 27, 2012

*Judge's signature*

Edward C. Voss, United States Magistrate Judge
*Printed name and title*

CC: AUSA, CIUSL, PTS