UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Crim. No. 11-40027 |
| | ) |
| RAMON LEOBARDO CELEYA, | ) |
| | ) |
| Defendants. | ) |

UNOPPOSED MOTION TO CONTINUE JURY TRIAL
AND TO WAIVE DEFENDANT'S PHYSICAL PRESENCE
AT UPCOMING FINAL PRETRIAL CONFERENCE

Now comes the Defendant, RAMON LEOBARDO CELEYA, by his attorney, and pursuant to Title 18, U.S.C., § 3161(h)(8), moves this Court for the entry of an Order rescheduling the jury trial scheduled for May 21, 2012, to a future date 60-90 days hence, and to waive the Defendant's physical presence at the upcoming pretrial conference on May 11, at 9:00 a.m., and in lieu thereof, to allow the Defendant to appear at said hearing by telephonic conference call, in support thereof, states as follows:

1.  That this case is scheduled for a final pretrial conference on May 11, 2012, at 9:00 a.m., in Rock Island, Illinois, before United States District Judge James Shadid, and for jury trial commencing on May 21, 2012, in Rock Island, Illinois.

2.  That the Defendant is free on bond, and is residing in Phoenix, Arizona,

1

and has been fully compliant with all conditions of bond.

3. That the Defendant and his undersigned counsel respectfully request a continuance of the scheduled jury trial date for at least 60-90 days so that they can review discovery and adequately investigate the case and prepare for trial.

4. That Assistant United States Attorney John Mehochko has no objection to a continuance of the jury trial date.

5. That the ends of justice will best be served by continuing the jury trial date to a future date at least 60-90 days hence.

6. That the Defendant further requests leave to appear at the upcoming pretrial conference on May 11, 2012, at 9:00 a.m., via telephonic conference call so as to spare him the expense of traveling to the Court in Rock Island, Illinois, for said hearing.

WHEREFORE, Defendant respectfully requests the entry of an Order rescheduling the jury trial scheduled for May 21, 2012, to a future date 60-90 days hence, and to waive the Defendant's physical presence at the upcoming pretrial conference on May 11, 2012, at 9:00 a.m., and in lieu thereof, to allow the Defendant to appear at said hearing by telephonic conference call.

       RAMON LEOBARDO CELEYA, Defendant

       /s/George F. Taseff
       Ill. Bar Number: 6180419
       Attorney for Defendant
       Assistant Federal Public Defender
       401 Main Street, Suite 1500
       Peoria, Illinois 61602
       Phone: 309/671-7891
       FAX:   309/671-7898
       Email: george_taseff@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that on May 2, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. John K. Mehochko, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201.

       /s/George F. Taseff
       Ill. Bar Number: 6180419
       Attorney for Defendant
       Assistant Federal Public Defender
       401 Main Street, Suite 1500
       Peoria, Illinois 61602
       Phone: 309/671-7891
       FAX:   309/671-7898
       Email: george_taseff@fd.org