AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## Central DISTRICT OF Illinois

USA

v.

Ramon Leobardo Celaya

### EXHIBIT AND WITNESS LIST

Case Number: 11-40027

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Shadid | John Mehochko | George Taseff |
| TRIAL DATE(S) 9/19/12 | COURT REPORTER J. Johnson | COURTROOM DEPUTY K. Buckingham |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | | |
|---|---|---|---|---|---|---|---|
| 11 | | 9/19/12 | 9/19 | 9/19 | Report of incident | no obj | Thulen |
| 1 | | 9/19/12 | 9/19 | 9/19 | photocopy of miranda warning | no obj | Thulen |
| 2 | | 9/19/12 | 9/19 | 9/19 | photograph of medium suitcase of money | no obj | Thulen |
| 3 | | 9/19/12 | 9/19 | 9/19 | photograph of large suitcase of money | no obj | Thulen |
| 4 | | 9/19/12 | 9/19 | 9/19 | photo of money in bags | no obj | Thulen |
| 5 | | 9/19/12 | 9/19 | 9/19 | photo of money + ledger in bags | no obj | Thulen |
| 6 | | 9/19/12 | 9/19 | 9/19 | photo of car with packaged money | no obj | Thulen |
| 7 | | 9/19/12 | 9/19 | 9/19 | photo of bundled ledger w/money packaged | obj | Thulen |
| 8 | | 9/19/12 | 9/19 | 9/19 | photo of ledger unfolded | no obj | Thulen |
| 9 | | 9/19/12 | 9/19 | 9/19 | photo of insurance card of vehicle | no obj | Thulen |
| | 2 | 9/19/12 | 9/19 | 9/19 | Map of Interstate Intersection of I-80 & I-82 | no obj | Thulen |
| 12 | | 9/19/12 | 9/19 | 9/19 | Joint Proffer/Exhibit - written report of officer Clark + signed miranda waiver | | |
| | 1 | 9/19/12 | 9/19 | 9/19 | Map of USA New York to San Francisco I-80 | no obj | |
| | 3 | 9/19/12 | 9/19 | 9/19 | Order #4 from case 11-40119 | | |
| | 4 | 9/19/12 | 9/19 | 9/19 | Order #50 from case 11-40119 | | |
| | 5 | 9/19/12 | 9/19 | 9/19 | Dfts Joint Response #47 from case 11-40119 | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages