UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 11-40027 |
| ) | |
| RAMON LEOBARDO CELEYA, ) | |
| ) | |
| Defendants. ) | |

MOTION TO CONTINUE

Now comes the Defendant, RAMON LEOBARDO CELEYA, by his attorney, and pursuant to Title 18, U.S.C., § 3161(h)(8), moves this Court for the entry of an Order continuing both the final pretrial conference scheduled for March 19, 2013 at 1:00 p.m., and jury trial scheduled for April 8, 2013, to future dates, and in support thereof, states as follows:

1.  That this case is scheduled for a final pretrial conference on March 19, 2013, at 1:00 p.m., in Rock Island, Illinois, before Chief United States District Judge James Shadid, and for jury trial commencing on April 8, 2013, in Rock Island, Illinois.

2.  That the Defendant is free on bond, and is residing in Phoenix, Arizona, and has been fully compliant with all conditions of bond.

3.  That the undersigned counsel will be engaged in trial in the case of

*United States v. Coleman, et al.*, No. 12-4003, before United States District Judge Sara Darrow, with trial commencing on March 18, 20013, and expected to take as many as 7-10 days.

    4.    That the parties are seeking to resolve this case by way of a conditional guilty plea and are engaged in discussions concerning various discovery matters and potential sentencing issues.

    5.    That the Defendant and his undersigned counsel respectfully request that this Court order that the scheduled jury trial date be continued for 45-60 days so that the parties can resolve all discovery related issues and potential sentencing issues.

    6.    That Assistant United States Attorney John Mehochko has no objection to a continuance of both the final pretrial conference and jury trial dates.

    7.    That the undersigned cousnnel has personally discussed continuing the final pretrial conference and jury trials dates with the the Defendant, and the Defendant concurs with counsel and agrees to a continuance of both dates.

    8.    That the ends of justice will best be served by continuing the jury trial date to a future date at least 30-45 days hence.

    WHEREFORE, Defendant respectfully requests the entry of an Order continuing both the final pretrial conference scheduled for March 19, 2013 at 1:00 p.m., and jury trial scheduled for April 8, 2013, to future dates.

RAMON LEOBARDO CELEYA, Defendant

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. John K. Mehochko, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201.

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org