4:11-cr-40027-JES-JAG   # 21   Page 1 of 2

E-FILED
   Tuesday, 14 May, 2013  06:41:48 PM
   Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

**FILED**

MAY 1 0 2013

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 11-40027 |
| | ) | |
| RAMON LEOBARDO CELEYA, | ) | |
| | ) | |
| Defendant. | ) | |

## RESERVATION OF ISSUES FOR APPEAL

Now come the United States of America, by James A. Lewis, United States Attorney, and John K. Mehochko, Assistant United States Attorney, Central District of Illinois, the Defendant, Ramon Leobardo Celeya, and his attorney, Assistant Federal Defender George F. Taseff, and pursuant to Rule 11(a)(2), Fed.R.Crim.P., do hereby enter into the following written reservation:

1. The Defendant agrees to plead guilty to the offense of conspiracy to distribute, and to possess with intent to distribute, at least 100 kilograms of a mixture and substance containing a detectible amount of marijuana in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846, as alleged in Count 1 of the Indictment.

2. That on July 16, 2012, defense counsel filed a motion to dismiss for improper venue (R. #12, 07/16/12) and motion to suppress statements (R.

#13, 07/16/12).  On September 19, 2012, following an evidentiary hearing and arguments of counsel, Chief United States District Judge James E. Shadid denied the Defendant's motion to dismiss for improper venue and motion to suppress statements.

3.  That in pleading guilty to Count 1 of the Indictment, the Defendant is specifically reserving his right to appeal the District Court's Order of September 19, 2012, denying the Defendant's motion to dismiss for improper venue and motion to suppress statements.

Dated: 5/10/13

/s/ John Mehochko

John K. Mehochko
Assistant United States Attorney

Dated: 5/10/13

/s/ Ramon Leobardo Celeya

Ramon Leobardo Celeya, Defendant

Dated: 5-10-13

/s/ George Taseff

George F. Taseff
Assistant Federal Defender

APPROVED

Dated: 5/10/13

/s/ James E. Shadid

James E. Shadid
Chief United States District Judge